# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE Eastern Penn. DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marie E. Rawlings<br>        Joseph P. Rawlings<br>                Debtors | CHAPTER 13<br><br>BKY. NO. 16-13951 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

Re: Loan # Ending In: 4998

                                                Respectfully submitted,

                                                **/s/Joshua I. Goldman, Esquire**
                                                Joshua I. Goldman, Esquire
                                                Thomas Puleo, Esquire
                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106-1532
                                                (215) 825-6306  FAX (215) 825-6406