United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 16-13951-sr
Joseph P Rawlings                                                                       Chapter 13
Marie E Rawlings
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv              Page 1 of 2            Date Rcvd: Aug 23, 2016
                              Form ID: 309I          Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2016.
```
db/jdb         +Joseph P Rawlings,    Marie E Rawlings,    1209 Old Lane,    Drexel Hill, PA 19026-1821
tr             +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    P.O. Box 4010,
                 Reading, PA 19606-0410
13740349       +Angie's List,    c/o Pangaea,    140 2nd Avenue West,    Suite D,    Kalispell, MT 59901-4417
13738034        City of Philadelphia,    Water Revenue Bureau,    P.O. Box 41495,    Philadelphia, PA 19101-1496
13738033       +City of Philadelphia,    Revenue Collection Bureau, Inc.,    5900 Torresdale Avenue,
                 Philadelphia, PA 19135-4127
13738037       +Complete Collection Service,    1007 North Federal Highway,    Fort Lauderdale, FL 33304-1422
13738036       +Complete Collection Service,    4833 N. Dixie Highway,    Oakland Park, FL 33334-3928
13738039       +David Apothaker, Esq.,    Apothaker & Associates, P.C.,    520 Fellowship Road C306,
                 Mount Laurel, NJ 08054-3410
13738040       +Delco Radiologic Associates,    P.O. Box 7780-1760,    Philadelphia, PA 19182-0001
13738042       +First American Investment Co., LLC.,    c/o Arthur Lashin, Esqurie,    Hayt, Hayt & Landau, LLC.,
                 123 S. Broad Street, Suite 1660,    Philadelphia, PA 19109-1003
13738043       +Four Seasons Investments, LLC.,    c/o Kenneth S. Shapiro, Esquire,    712 Darby Road,
                 P.O. Box 20,    Havertown, PA 19083-0210
13738044        Hayt, Hayt & Landau, LLC.,    Meridian Center 1,    Two Industrial Way West,    P.O. Box 500,
                 Eatontown, NJ 07724-0500
13738050       +Michael McKeever, Esq.,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13738051       +Midland Funding, LLC.,    c/o Ralph Gulko, Esquire,    425 Eagle Rock Avenue,
                 Roseland, NJ 07068-1717
13738052       +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
13738053       +PA Department of Revenue,    P.O. Box 281031,    Harrisburg, PA 17128-1031
13738055        Penn Medicine,    P.O. Box 824406,    Philadelphia, PA 19182-4406
13738058       +Scott F. Waterman, Esquire,    110 W. Front Street,    Media, PA 19063-3208
13738059       +Specialized Loan Servicing/SLS,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
13738060       +Synergetic Communiciation, Inc.,    5450 N.W. Central #220,    Houston, TX 77092-2061
13738061        UPHS HUP Patient Pay,    P.O. Box 824336,    Philadelphia, PA 19182-4336
13738062        UPHS PPMC Patient Pay,    P.O. Box 824314,    Philadelphia, PA 19182-4314
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: scottfwaterman@gmail.com Aug 24 2016 01:49:53     SCOTT F. WATERMAN,
                 110 West Front Street,    Media, PA 19063
smg             E-mail/Text: bankruptcy@phila.gov Aug 24 2016 01:50:22     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 24 2016 01:50:19     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Aug 24 2016 01:50:13     United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13738030       +EDI: GMACFS.COM Aug 24 2016 01:38:00      Ally Financial,    Po Box 380901,
                 Bloomington, MN 55438-0901
13738031       +EDI: CAPITALONE.COM Aug 24 2016 01:38:00      Capital One,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
13760138        EDI: CAPITALONE.COM Aug 24 2016 01:38:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
13738032       +E-mail/Text: bankruptcy@phila.gov Aug 24 2016 01:50:21     City of Philadelphia,
                 Major Tax Unit/ Bankruptcy Dept.,    1401 John F. Kennedy Blvd,    Room 580,
                 Philadelphia, PA 19102-1611
13738035       +E-mail/Text: bankruptcy@phila.gov Aug 24 2016 01:50:21     City of Philadelphua,
                 Water Revenue Bureau,    Bankruptcy Department,    1401 JFK Blvd, Suite 580,
                 Philadelphia, PA 19102-1640
13738038       +EDI: CCS.COM Aug 24 2016 01:38:00      Credit Collection Services,    725 Canton Street,
                 Norwood, MA 02062-2679
13746410        EDI: DISCOVER.COM Aug 24 2016 01:38:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
13738041        E-mail/Text: BKRMailOps@weltman.com Aug 24 2016 01:50:15     Discover Card,
                 c/o Weltman Weinberg & Reis,    325 Chestnut Street,    Suite 501,    Philadelphia, PA 19106-2605
13738045       +EDI: HFC.COM Aug 24 2016 01:38:00      HSBC,    P.O. Box 17580,    Baltimore, MD 21297-1580
13738046       +E-mail/Text: camanagement@mtb.com Aug 24 2016 01:50:00     HSBC Bank USA, N.A.,    c/o M&T Bank,
                 One Fountain Plaza,    Buffalo, NY 14203-1420
13750262       +E-mail/Text: camanagement@mtb.com Aug 24 2016 01:50:00     HSBC Bank USA, et al,    c/o M&T Bank,
                 1100 Wehrle Drive,    Williamsville, NY 14221-7748
13738047       +EDI: HY11.COM Aug 24 2016 01:38:00      Hyundai Financial,    Attn: Bankruptcy,    Po Box 20809,
                 Fountain City, CA 92728-0809
13738048       +E-mail/Text: notices@burt-law.com Aug 24 2016 01:50:34
                 Law offices of Burton Neil & Associates,    1060 Andrew Drive,    Suite 170,
                 West Chester, PA 19380-5601
13738049        E-mail/Text: camanagement@mtb.com Aug 24 2016 01:50:00     M & T Bank,    One Fountain Pl/3rd Fl,
                 Buffalo, NY 14203
13738057        EDI: PRA.COM Aug 24 2016 01:38:00      Portfolio Recovery Associates,    120 Corporate Blvd,
                 Norfolk, VA 23502
```

```
District/off: 0313-2         User: dlv              Page 2 of 2                Date Rcvd: Aug 23, 2016
                             Form ID: 309I          Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13738054        E-mail/Text: bkrnotice@prgmail.com Aug 24 2016 01:50:13     Paragon Revenue Group,
                 P.O. Box 127,   Concord, NC 28026-0127
13740348        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 24 2016 01:50:04
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13738056        E-mail/Text: bankruptcy@phila.gov Aug 24 2016 01:50:22     Philadelphia Revenue Department,
                 1401 JFK Blvd,   Philadelphia, PA 19102-1663
13752608        EDI: WFFC.COM Aug 24 2016 01:38:00      Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,
                 PO Box 19657,   Irvine CA 92623-9657
13738063       +EDI: WFFC.COM Aug 24 2016 01:38:00      Wells Fargo Dealer Services,   Po Box 3569,
                 Rancho Cucamonga, CA 91729-3569
                                                                                              TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2016 at the address(es) listed below:

```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KARINA VELTER     on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com
              SCOTT F. WATERMAN    on behalf of Debtor Joseph P Rawlings scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              SCOTT F. WATERMAN    on behalf of Joint Debtor Marie E Rawlings scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD MILLER    on behalf of Creditor    HSBC Bank USA, National Association
               wmiller@sterneisenberg.com, nmiller@sterneisenberg.com
                                                                                             TOTAL: 7
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Joseph P Rawlings** <br> First Name  Middle Name  Last Name | Social Security number or ITIN | xxx–xx–2505 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Marie E Rawlings** <br> First Name  Middle Name  Last Name | Social Security number or ITIN | xxx–xx–4697 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter 13 | 6/2/16 |
| Case number: | 16–13951–sr | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case     12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Joseph P Rawlings | Marie E Rawlings |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1209 Old Lane <br> Drexel Hill, PA 19026 | 1209 Old Lane <br> Drexel Hill, PA 19026 |
| 4. | **Debtor's attorney** <br> Name and address | SCOTT F. WATERMAN <br> 110 West Front Street <br> Media, PA 19063 | Contact phone (610) 566–6177 <br> Email: scottfwaterman@gmail.com |
| 5. | **Bankruptcy trustee** <br> Name and address | FREDERICK L. REIGLE <br> Chapter 13 Trustee <br> 2901 St. Lawrence Ave. <br> P.O. Box 4010 <br> Reading, PA 19606 | Contact phone (610)779–1313 <br> Email: ecfmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street <br> Suite 400 <br> Philadelphia, PA 19107 | Office Hours: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M. <br><br> Contact phone (215)408–2800 <br> Date: 8/23/16 |

**For more information, see page 2**

Official Form 309I     **Notice of Chapter 13 Bankruptcy Case**     page 1

Case 16-13951-sr    Doc 17    Filed 08/25/16    Entered 08/26/16 01:25:25    Desc Imaged
Certificate of Notice    Page 4 of 4

Debtor **Joseph P Rawlings** and **Marie E Rawlings**                                                                                            Case number **16–13951–sr**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 16, 2016 at 1:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/15/16** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/15/16** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 11/29/16** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 1400.00 per month for 60 months. The hearing on confirmation will be held on:<br>**10/26/16** at **10:00 AM**, Location: **Courtroom #4, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |

Official Form 309I                                    **Notice of Chapter 13 Bankruptcy Case**                                    page 2