United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph P Rawlings  
Marie E Rawlings  
      Debtors

Case No. 16-13951-sr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Oct 06, 2016  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2016.  
db/jdb      +Joseph P Rawlings,   Marie E Rawlings,   1209 Old Lane,   Drexel Hill, PA 19026-1821

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2016                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2016 at the address(es) listed below:  
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          KARINA   VELTER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com  
          SCOTT F. WATERMAN    on behalf of Debtor Joseph P Rawlings scottfwaterman@gmail.com,  
           scottfwaterman@gmail.com  
          SCOTT F. WATERMAN    on behalf of Joint Debtor Marie E Rawlings scottfwaterman@gmail.com,  
           scottfwaterman@gmail.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM EDWARD MILLER    on behalf of Creditor    HSBC Bank USA, National Association  
           wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com  
                                                                                                  TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 16-13951** |
| **Joseph P. Rawlings** | : | **Chapter 13** |
| **Marie E Rawlings** | : | **Judge Stephen Raslavich** |
| | : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **Nationstar Mortgage LLC** | : | **Date and Time of Hearing** |
| Movant, | : | **Place of Hearing** |
| vs | : | **October 5, 2016 at 10:00 a.m.** |
| | : | |
| **Joseph P. Rawlings** | : | **U.S. Bankruptcy Court** |
| **Marie E Rawlings** | : | **900 Market Street** |
| | : | **Philadelphia, PA 19107** |
| **Frederick L. Reigle** | : | |
| **Respondents.** | | |

## ORDER OF COURT

AND NOW, this ____ day of _____, 20___, upon consideration of the Motion for Relief from the Automatic Stay filed by Nationstar Mortgage LLC ("Creditor"), it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of Nationstar Mortgage LLC in and to the Real Property of Debtor located at 7346 Buist Ave, Philadelphia, PA 19153 and more particularly described in the Mortgage, recorded February 23, 2007, at Instument Number 51638296.

Compliance with Federal Rule of Bankruptcy Procedure 3002.l is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

Dated: October 5, 2016

STEPHEN RASLAVICH, JUDGE
UNITED STATES BANKRUPTCY COURT

16-019022_CMF2