United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph P Rawlings  
Marie E Rawlings  
      Debtors

Case No. 16-13951-sr  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Denine     Page 1 of 1     Date Rcvd: Nov 17, 2016  
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2016.  
db/jdb        +Joseph P Rawlings,    Marie E Rawlings,    1209 Old Lane,    Drexel Hill, PA 19026-1821

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13738057        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 18 2016 02:20:09  
         Portfolio Recovery Associates,    120 Corporate Blvd,    Norfolk, VA 23502  
                                                                                                TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2016 at the address(es) listed below:  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         KARINA VELTER    on behalf of Creditor   NATIONSTAR MORTGAGE LLC amps@manleydeas.com  
         SCOTT F. WATERMAN    on behalf of Joint Debtor Marie E Rawlings scottfwaterman@gmail.com,  
          scottfwaterman@gmail.com  
         SCOTT F. WATERMAN    on behalf of Debtor Joseph P Rawlings scottfwaterman@gmail.com,  
          scottfwaterman@gmail.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM EDWARD MILLER    on behalf of Creditor   HSBC Bank USA, National Association  
          wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com  
                                                                                                                          TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | Joseph P. Rawlings | : | Chapter 13 |
| | Marie E. Rawlings | : | |
| | | : | |
| | Debtors | : | No. 16-13951-sr |

## ORDER AVOIDING JUDICIAL LIEN WHICH IMPAIRS EXEMPTIONS

AND NOW, this 16th day of November, 2016, upon consideration of Debtors' Motion to Avoid the Judicial Lien of Portfolio Recovery Associates, LLC., and Respondent's response, if any, it is hereby ORDERED that Debtors' Motion is **GRANTED**.

IT IS FURTHER ORDERED THAT the aforesaid Judicial Lien on the Debtors' residence located at 1209 Old Lane, Drexel Hill, Delaware County, PA 19026 resulting from the judgment entered in the case captioned: <u>Portfolio Recovery Associates, LLC. vs. Marie Rawlings</u>, Delaware County Court of Common Pleas No. 11-52881 is hereby avoided in its entirety pursuant to 11 U.S.C. §522(f).

**BY THE COURT:**

Dated: November 16, 2016

Stephen Raslavich, Bankruptcy Judge