United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph P Rawlings  
Marie E Rawlings  
    Debtors  

Case No. 16-13951-sr  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Denine     Page 1 of 1     Date Rcvd: Jan 12, 2017  
                        Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2017.  
db/jdb         +Joseph P Rawlings,   Marie E Rawlings,   1209 Old Lane,   Drexel Hill, PA 19026-1821

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2017 at the address(es) listed below:  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        KARINA    VELTER    on behalf of Creditor     NATIONSTAR MORTGAGE LLC amps@manleydeas.com  
        SCOTT F. WATERMAN    on behalf of Debtor Joseph P Rawlings scottfwaterman@gmail.com,  
         scottfwaterman@gmail.com  
        SCOTT F. WATERMAN    on behalf of Joint Debtor Marie E Rawlings scottfwaterman@gmail.com,  
         scottfwaterman@gmail.com  
        THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM EDWARD MILLER    on behalf of Creditor    HSBC Bank USA, National Association  
         wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com  
        WILLIAM EDWARD MILLER    on behalf of Creditor    HSBC Bank USA, National Association as Trustee  
         for Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004-3  
         wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com  
                                                                                                           TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Joseph P Rawlings and Marie E
Rawlings
      Debtor(s)　　　　　　　　　　　　　　　Chapter: 13
　　　　　　　　　　　　　　　　　　　　　Bankruptcy No: 16−13951−sr
_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this January 11, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

　　　　　　　　　　　　　　　　　　　　　Stephen Raslavich
　　　　　　　　　　　　　　　　　　　　　Judge ,
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court