IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Joseph P. Rawlings and : Chapter 13
      Marie E. Rawlings :
              Debtors :
                       :
                       : No. 16-13951-sr

## ORDER

AND NOW, this _____ day of _____ , 2016 upon application of SCOTT F. WATERMAN, ESQUIRE, counsel for the above-captioned Debtors, for Approval of Counsel Fees in the sum of $3,500.00, and costs in the amount of $400.00, and no objections or responsive pleading thereto having been filed, it is hereby ORDERED that the said Application is APPROVED. The amount of $1,500.00 shall be paid from available funds by the Chapter 13 Trustee in accordance with the terms of the confirmed plan.

**Dated: January 30, 2017**

                                               Stephen Raslavich, Bankruptcy Judge