United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-13951-sr
Joseph P Rawlings                                                     Chapter 13
Marie E Rawlings
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Denine              Page 1 of 1              Date Rcvd: Jan 30, 2017
                             Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2017.
db/jdb         +Joseph P Rawlings,    Marie E Rawlings,    1209 Old Lane,    Drexel Hill, PA 19026-1821

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                                  Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KARINA  VELTER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com
              SCOTT F. WATERMAN    on behalf of Debtor Joseph P Rawlings scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              SCOTT F. WATERMAN    on behalf of Joint Debtor Marie E Rawlings scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD MILLER    on behalf of Creditor    HSBC Bank USA, National Association
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    HSBC Bank USA, National Association as Trustee
               for Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004-3
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Joseph P. Rawlings and | : | Chapter 13 |
| Marie E. Rawlings | : | |
| Debtors | : | |
| | : | |
| | : | No. 16-13951-sr |

## ORDER

AND NOW, this _____ day of _____ , 2016 upon application of SCOTT F. WATERMAN, ESQUIRE, counsel for the above-captioned Debtors, for Approval of Counsel Fees in the sum of $3,500.00, and costs in the amount of $400.00, and no objections or responsive pleading thereto having been filed, it is hereby ORDERED that the said Application is APPROVED. The amount of $1,500.00 shall be paid from available funds by the Chapter 13 Trustee in accordance with the terms of the confirmed plan.

**Dated: January 30, 2017**            _____
                                        Stephen Raslavich, Bankruptcy Judge