UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

JOSEPH RAWLINGS                                 Bankruptcy No. 16-13951-JKF
MARIE RAWLINGS

                    Debtor(s)                    Chapter 13

## PRAECIPE TO TRANSFER CHAPTER 13 TRUSTEE

TO THE CLERK:

Kindly transfer the administration of this case from Scott F. Waterman, Esquire, Chapter 13 Trustee to William C. Miller, Esquire, Chapter 13 Trustee, as there is a conflict of interest in this case.

                                                       Respectfully submitted:

                                                       *By: Scott F. Waterman*
                                                       Scott F. Waterman, Esquire
                                                       Standing Chapter 13 Trustee
                                                       2901 St. Lawrence Avenue
                                                       Reading, PA 19606-0410
                                                       Telephone: (610) 779-1313