**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
|   **Joseph P. Rawlings** | : | Case No.: 16-13951 |
|   **Marie E Rawlings** | : | Chapter 13 |
| | : | Judge Ashely M. Chan |
|   **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR**

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **Nationstar Mortgage LLC** ("Creditor").  **Karina Velter** is no longer counsel for Creditor.

/s/ Karina Velter
Karina Velter (94781)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

/s/ Sarah E. Barngrover
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com

16-019022_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.:** 16-13951 |
| **Joseph P. Rawlings** | : **Chapter 13** |
| **Marie E Rawlings** | : **Judge Ashely M. Chan** |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **Nationstar Mortgage LLC** | : **Related Document #** |
| **Movant,** | : |
| vs | : |
| | : |
| **Joseph P. Rawlings** | : |
| **Marie E Rawlings** | : |
| | : |
| **William C. Miller, Esq.** | : |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105, ecfemails@ph13trustee.com

Patricia M. Mayer, Attorney for Joseph P. Rawlings and Marie E Rawlings, 301 Oxford Valley Road, Suite 203 B, Yardley, PA 19067, pmayer.esq@comcast.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 6, 2021:

Joseph P. Rawlings and Marie E Rawlings, 1209 Old Lane, Drexel Hill, PA 19026

Joseph P. Rawlings and Marie E Rawlings, 7346 Buist Ave, Philadelphia, PA 19153

Specialized Loan Serving/SLS, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129

DATE: March 6, 2021

16-019022_PS

/s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com