**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: JOSEPH P. & MARIE E RAWLINGS

Debtor

**Bankruptcy 16-13951 AMC**

**CERTIFICATE OF SERVICE**

**AND NOW,** comes Jenean Tucker, from the office of William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that s/he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. at the address(es) listed below by first class mail, postage prepaid:

Creditor
M & T BANK
P.O. BOX 840
BUFFALO NY 14240-840

DEBTOR(S)
JOSEPH P. & MARIE E RAWLINGS
1209 OLD LANE
DREXEL HILL PA 19026

And by electronic service
DEBTOR ATTORNEY
MICHAEL P. KELLY
COWAN & KELLY
202 PENNS SQUARE
LANGHORNE PA 19047

U S. Trustee
UNITED STATES TRUSTEE
200 CHESTNUT STREET
SUITE 502
Philadelphia, PA 19106

/s/ Jenean Tucker

Office of William C. Miller, Esquire
Chapter 13 Standing Trustee

Date 6/22/2021