# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marie E. Rawlings<br>　　　　Joseph P. Rawlings<br>　　　　　　　Debtor(s) | CHAPTER 13<br>BK NO: 16-13951 AMC |
| M&T BANK<br>　　　　　　　Moving Party<br>　　v.<br>Marie E. Rawlings<br>Joseph P. Rawlings<br>　　　　　　　Debtor(s)<br><br>Scott Waterman<br>　　　　　　　Trustee | |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion Request an Extension of Time, it is hereby:

**ORDERED** that the deadline to file the Response to Notice of Final Cure be extended to August 3, 2021.

Dated:
**Date: July 13, 2021**

_____
United States Bankruptcy Judge