United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-13951-amc |
| Joseph P Rawlings | Chapter 13 |
| Marie E Rawlings | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 14, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Joseph P Rawlings, Marie E Rawlings, 1209 Old Lane, Drexel Hill, PA 19026-1821 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2021             Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor HSBC Bank USA National Association as Trustee for Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004-3 cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor M&T BANK Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |
| MICHAEL P. KELLY | on behalf of Debtor Joseph P Rawlings mpkpc@aol.com r47593@notify.bestcase.com |
| MICHAEL P. KELLY | on behalf of Joint Debtor Marie E Rawlings mpkpc@aol.com r47593@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| SARAH ELISABETH BARNGROVER | |

on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com

THOMAS I. PULEO
on behalf of Creditor M&T BANK tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com philaecf@gmail.com

WILLIAM C. MILLER, Esq.
on behalf of Trustee WILLIAM MILLER*R ecfemails@ph13trustee.com philaecf@gmail.com

WILLIAM EDWARD MILLER
on behalf of Creditor HSBC Bank USA  National Association wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

WILLIAM EDWARD MILLER
on behalf of Creditor HSBC Bank USA  National Association as Trustee for Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004-3 wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Marie E. Rawlings<br>Joseph P. Rawlings<br><br>     <u>Debtor(s)</u><br><br>M&T BANK<br>     <u>Moving Party</u><br>     v.<br>Marie E. Rawlings<br>Joseph P. Rawlings<br>     <u>Debtor(s)</u><br><br>Scott Waterman<br>     <u>Trustee</u> | CHAPTER 13<br>BK NO: 16-13951 AMC |

**ORDER GRANTING EXTENSION**

Upon consideration of Movant's Motion Request an Extension of Time, it is hereby:

**ORDERED** that the deadline to file the Response to Notice of Final Cure be extended to August 3, 2021.

Dated:
**Date: July 13, 2021**

_____
United States Bankruptcy Judge