United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-13951-amc |
| Joseph P Rawlings | Chapter 13 |
| Marie E Rawlings | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 30, 2021 | Form ID: 138NEW | Total Noticed: 57 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph P Rawlings, Marie E Rawlings, 1209 Old Lane, Drexel Hill, PA 19026-1821 |
| cr | + | FirstKey Master Funding 2021-A Collateral Trust, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | + | HSBC Bank USA, National Association, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | Towd Point Master Funding Trust 2018-PM22 CO1, ., 8742 Lucent Blvd, Suite 300, Highlands Rnach, CO 80129-2386 |
| 13740349 | + | Angie's List, c/o Pangaea, 140 2nd Avenue West, Suite D, Kalispell, MT 59901-4417 |
| 13738034 | | City of Philadelphia, Water Revenue Bureau, P.O. Box 41495, Philadelphia, PA 19101-1496 |
| 13738033 | + | City of Philadelphia, Revenue Collection Bureau, Inc., 5900 Torresdale Avenue, Philadelphia, PA 19135-4127 |
| 13738037 | + | Complete Collection Service, 1007 North Federal Highway, Fort Lauderdale, FL 33304-1422 |
| 13738036 | + | Complete Collection Service, 4833 N. Dixie Highway, Oakland Park, FL 33334-3928 |
| 13738039 | + | David Apothaker, Esq., Apothaker & Associates, P.C., 520 Fellowship Road C306, Mount Laurel, NJ 08054-3410 |
| 13738040 | + | Delco Radiologic Associates, P.O. Box 7780-1760, Philadelphia, PA 19182-0001 |
| 13738043 | + | Four Seasons Investments, LLC., c/o Kenneth S. Shapiro, Esquire, 712 Darby Road, P.O. Box 20, Havertown, PA 19083-0210 |
| 13811080 | + | HCA DBA HYUNDAI MOTOR FINANCE, PO BOX 20809, FOUNTAIN VALLEY CA 92728-0809 |
| 13738045 | + | HSBC, P.O. Box 17580, Baltimore, MD 21297-1580 |
| 13738044 | | Hayt, Hayt & Landau, LLC., Meridian Center 1, Two Industrial Way West, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 14453612 | + | Joseph and Marie Rawlings, c/o Michael P. Kelly, Esquire, Suite 202 Penns Square, 402 Middletown Boulevard, Langhorne, PA 19047-1818 |
| 13850451 | + | Kenneth Shapiro, 712 Darby Road, P.O. Box 20, Havertown, PA 19083-0210 |
| 13821789 | | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13738050 | + | Michael McKeever, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13738051 | + | Midland Funding, LLC., c/o Ralph Gulko, Esquire, 425 Eagle Rock Avenue, Roseland, NJ 07068-1717 |
| 13786214 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9741 |
| 13738052 | + | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 13738053 | + | PA Department of Revenue, P.O. Box 281031, Harrisburg, PA 17128-1031 |
| 13738055 | | Penn Medicine, P.O. Box 824406, Philadelphia, PA 19182-4406 |
| 14263727 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14586772 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 13738059 | + | Specialized Loan Servicing/SLS, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386 |
| 13738060 | + | Synergetic Communiciation, Inc., 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 14557507 | + | Towd Point Master Funding Trust 2018, Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 13833388 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 13738061 | | UPHS HUP Patient Pay, P.O. Box 824336, Philadelphia, PA 19182-4336 |
| 13738062 | | UPHS PPMC Patient Pay, P.O. Box 824314, Philadelphia, PA 19182-4314 |
| 13752608 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine CA 92623-9657 |
| 13738063 | + | Wells Fargo Dealer Services, Po Box 3569, Rancho Cucamonga, CA 91729-3569 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| District/off: 0313-2 | User: admin | | Page 2 of 4 |
| --- | --- | --- | --- |
| Date Rcvd: Jul 30, 2021 | Form ID: 138NEW | | Total Noticed: 57 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| smg | Email/Text: megan.harper@phila.gov | Jul 30 2021 23:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 30 2021 23:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13738030 | + Email/Text: ally@ebn.phinsolutions.com | Jul 30 2021 23:22:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 13738032 | Email/Text: megan.harper@phila.gov | Jul 30 2021 23:23:00 | City of Philadelphia, Major Tax Unit/ Bankruptcy Dept., 1401 John F. Kennedy Blvd, Room 580, Philadelphia, PA 19102 |
| 13846969 | + Email/Text: megan.harper@phila.gov | Jul 30 2021 23:23:00 | CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT, BANKRUPTCY GROUP - MSB, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13738031 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 30 2021 23:32:14 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13760138 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 30 2021 23:32:24 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13835340 | + Email/Text: bankruptcy@cavps.com | Jul 30 2021 23:23:00 | Cavalry SPV II, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13738035 | + Email/Text: megan.harper@phila.gov | Jul 30 2021 23:23:00 | City of Philadelphua, Water Revenue Bureau, Bankruptcy Department, 1401 JFK Blvd, Suite 580, Philadelphia, PA 19102-1640 |
| 13738038 | + Email/Text: bankruptcy_notifications@ccsusa.com | Jul 30 2021 23:23:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 13746410 | Email/Text: mrdiscen@discover.com | Jul 30 2021 23:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13738041 | Email/Text: BKRMailOps@weltman.com | Jul 30 2021 23:23:00 | Discover Card, c/o Weltman Weinberg & Reis, 325 Chestnut Street, Suite 501, Philadelphia, PA 19106-2605 |
| 13738046 | + Email/Text: camanagement@mtb.com | Jul 30 2021 23:22:00 | HSBC Bank USA, N.A., c/o M&T Bank, One Fountain Plaza, Buffalo, NY 14203-1420 |
| 13750262 | + Email/Text: camanagement@mtb.com | Jul 30 2021 23:22:00 | HSBC Bank USA, et al, c/o M&T Bank, 1100 Wehrle Drive, Williamsville, NY 14221-7748 |
| 13828663 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 30 2021 23:23:00 | Hyundai Capital America DBA, Hyundai Motor Finance, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 13738047 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 30 2021 23:23:00 | Hyundai Financial, Attn: Bankruptcy, Po Box 20809, Fountain City, CA 92728-0809 |
| 13738048 | + Email/Text: notices@burt-law.com | Jul 30 2021 23:23:00 | Law offices of Burton Neil & Associates, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |
| 13738049 | Email/Text: camanagement@mtb.com | Jul 30 2021 23:22:00 | M & T Bank, One Fountain Pl/3rd Fl, Buffalo, NY 14203 |
| 13803648 | Email/Text: camanagement@mtb.com | Jul 30 2021 23:22:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 13738057 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 30 2021 23:32:25 | Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502 |
| 13738054 | Email/Text: bkrnotice@prgmail.com | Jul 30 2021 23:22:00 | Paragon Revenue Group, P.O. Box 127, Concord, NC 28026-0127 |
| 13740348 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 30 2021 23:22:00 | Pennsylvania Department of Revenue, Bankruptcy |

Case 16-13951-amc    Doc 89    Filed 08/01/21    Entered 08/02/21 00:37:17    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 30, 2021 | Form ID: 138NEW | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| 13738056 | Email/Text: megan.harper@phila.gov | Jul 30 2021 23:23:00 | | Division PO Box 280946, Harrisburg, PA 17128-0946<br>Philadelphia Revenue Department, 1401 JFK Blvd, Philadelphia, PA 19102-1663 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | HSBC Bank USA, National Association as Trustee for, 1581 Main Street, Suite 200, Warrington |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 13738042 | ##+ | First American Investment Co., LLC., c/o Arthur Lashin, Esqurie, Hayt, Hayt & Landau, LLC., 123 S. Broad Street, Suite 1660, Philadelphia, PA 19109-1003 |
| 13738058 | ##+ | Scott F. Waterman, Esquire, 110 W. Front Street, Media, PA 19063-3208 |

TOTAL: 1 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor HSBC Bank USA  National Association as Trustee for Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004-3 cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor M&T BANK Josh.Goldman@padgettlawgroup.com  angelica.reyes@padgettlawgroup.com |
| MICHAEL P. KELLY | on behalf of Debtor Joseph P Rawlings mpkpc@aol.com  r47593@notify.bestcase.com |
| MICHAEL P. KELLY | on behalf of Joint Debtor Marie E Rawlings mpkpc@aol.com  r47593@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| SARAH ELISABETH BARNGROVER | on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com |
| THOMAS I. PULEO | on behalf of Creditor M&T BANK tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 30, 2021 | Form ID: 138NEW | Total Noticed: 57 |

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM MILLER*R ecfemails@ph13trustee.com philaecf@gmail.com

WILLIAM EDWARD MILLER
    on behalf of Creditor HSBC Bank USA  National Association wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

WILLIAM EDWARD MILLER
    on behalf of Creditor HSBC Bank USA  National Association as Trustee for Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004-3 wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Joseph P Rawlings and Marie E Rawlings

        Debtor(s)          Bankruptcy No: 16−13951−amc

                                                                                                            Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☐    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                                        900 Market Street
                                             Suite 400
                                        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                            For The Court
                                                             Timothy B. McGrath
                                                               Clerk of Court

Dated: 7/30/21

                                                                                                        88 − 87
                                                                                  Form 138_new