# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| Joseph P. Rawlings | : | Case No.: 16-13951 |
| Marie E Rawlings | : | Chapter 13 |
| | : | Judge Ashely M. Chan |
| Debtor(s). | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel of record for creditor **Nationstar Mortgage LLC** ("Creditor"). Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in this case.

/s/ Sarah E. Barngrover
Sarah E. Barngrover (28840-64)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax 614-627-8181
sebarngrover@manleydeas.com

/s/ Adam B. Hall
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
abh@manleydeas.com

16-019022_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 16-13951** |
| **Joseph P. Rawlings** | : **Chapter 13** |
| **Marie E Rawlings** | : **Judge Ashely M. Chan** |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **Nationstar Mortgage LLC** | : **Related Document #** |
| **Movant,** | : |
| vs | : |
| | : |
| **Joseph P. Rawlings** | : |
| **Marie E Rawlings** | : |
| | : |
| **William C. Miller, Esq.** | : |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, Office of the Chapter 13 Standing Trustee, P.O. Box 40837, Philadelphia, PA  19107, ecfemails@ph13trustee.com

Patricia M. Mayer, Attorney for Joseph P. Rawlings and Marie E Rawlings, 301 Oxford Valley Road, Suite 203 B, Yardley, PA  19067, pmayer.esq@comcast.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 12, 2021:

Joseph P. Rawlings and Marie E Rawlings, 1209 Old Lane, Drexel Hill, PA  19026

Joseph P. Rawlings and Marie E Rawlings, 7346 Buist Ave, Philadelphia, PA  19153


DATE: <u>September 12, 2021</u>

/s/ Adam B. Hall

16-019022_PS

          Adam B. Hall, Esquire (323867)
          Manley Deas Kochalski LLC
          P.O. Box 165028
          Columbus, OH  43216-5028
          Telephone: 614-220-5611
          Fax: 614-627-8181
          Attorneys for Creditor
          The case attorney for this file is Adam B. Hall.
          Contact email is abh@manleydeas.com

16-019022_PS